**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 03-3119-BLG

> FILED by _____ D.C.
> MAG. SEC.
> **AUG 2 5 2003**
> CLARENCE MADDOX
> CLERK U.S. DIST. CT.
> S.D. OF FLA.   MIAMI

**UNITED STATES OF AMERICA**

**vs.**

**ADRIANA RODRIGUEZ.**

    **Defendant.**

_____/

## CRIMINAL COVER SHEET

1.    Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 2003? ____ Yes ___X___ No

2.    Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999? ____ Yes ___X___ No

3.    Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____ Yes ___X___ No

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

BY: _Nancy Langston_

NANCY LANGSTON
ASSISTANT UNITED STATES ATTORNEY
Court Assigned No. A5500437
99 N. E. 4th Street
Miami, Florida   33132-2111
TEL (305) 961-9012
FAX (305) 530-7976



# *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

ADRIANA RODRIGUEZ

## CRIMINAL COMPLAINT

CASE NUMBER: *03-3119-GARBER*

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about August 22, 2003, in Miami, Florida, in the Southern District of Florida,  the above-named defendant did knowingly and intentionally attempt to possess with the intent to distribute a Schedule II controlled substance, that is, five kilograms or more of cocaine; in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

I further state that I am a Special Agent and that this complaint is based on the following facts:

See Affidavit

BRIAN SMITH,  SPECIAL AGENT
DRUG  ENFORCEMENT ADMINISTRATION

Sworn to before me, and subscribed in my presence,

August 23, 2003 _____        at    Miami, Florida _____
Date                                                                    City and State

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE
_____
Name and Title of Judicial Officer                        Signature of Judicial Officer

AFFIDAVIT

BEFORE ME the undersigned authority personally appeared Special Agent Brian M. Smith of the Drug Enforcement Administration (DEA), who after first being duly sworn deposes and says:

1.      Your Affiant's name is Brian M. Smith.

2.      Your Affiant is a Special Agent assigned to the Miami Field Division of the DEA. I have been Special Agent for approximately four and a half years.

3.      As a Federal Agent of the United States Department of Justice, I am authorized to conduct criminal investigations of violations of Title 21 of the United States Code. I have received extensive training in conducting narcotics investigations and in identifying the means and methods used by narcotics traffickers. I have conducted or participated in numerous investigations which have resulted in narcotics seizures, arrests of individuals and their respective prosecutions. Much of this training and experience has been directed at the detection, investigation, seizure and prosecution of individuals involved in the manufacture, possession and distribution of controlled substances, including cocaine, a Schedule II controlled substance.

4.      The information contained in this affidavit is solely in support of the attached criminal complaint of ADRIANA RODRIGUEZ. As such, this affidavit does not contain all the information known regarding this investigation. This affidavit is based on personal knowledge as well as information provided to me by other law enforcement officers during the course of this investigation.

5.      Since August 13, 2003, I have been the case agent in an investigation regarding the narcotics trafficking activities of a Colombian based cocaine smuggling organization headed by a Colombian national known as "FELIX" who lives in Bogota, Colombia.

6.      During the course of this investigation, S/A Guillermo Aleman has been conducting direct undercover negotiations with "FELIX" to arrange for the delivery of 5 ½ kilograms of cocaine to subjects in Miami, Florida in return for a courier fee of US$10,000.

7.      On August 22, 2003, at approximately 1:24 p.m., S/A Aleman received a telephone message on his cellular telephone from a Spanish speaking female who identified herself as ADRIANA and provided a telephone number of "983-2369". At approximately 2:55 p.m., S/A Aleman called ADRIANA using the telephone number shown on the cellular ID (954) 983-2369. During this telephone conversation ADRIANA, later identified as the defendant ADRIANA RODRIGUEZ, discussed with S/A Aleman that she thought that she would receive "eight or nine." S/A Aleman advised RODRIGUEZ that he only had "5 ½ cellulars."

8.      At approximately 3:02 p.m., S/A Aleman contacted "FELIX" in Colombia to verify if RODRIGUEZ was a person who could be trusted. "FELIX" advised S/A Aleman that she was trustworthy. During this conversation, "FELIX" advised S/A Aleman that RODRIGUEZ would give S/A Aleman "ten checks" for the "5 ½."

9.      At approximately 3:15 p.m., S/A Aleman contacted RODRIGUEZ at telephone number

(954) 983-2369.  During this conversation, S/A Aleman advised RODRIGUEZ that he had "5 ½ apparatus" and asked RODRIGUEZ if she had the payment.  RODRIGUEZ responded affirmatively to S/A Aleman regarding the payment.  S/A Aleman also provided RODRIGUEZ with directions to the Denny's Restaurant located at 7411 N.W. 36th Street, Miami, Florida.  Also during this conversation, RODRIGUEZ advised that she was a blonde and would be driving a gray Plymouth minivan.

10.     A records check showed that ADRIANA RODRIGUEZ lived at a residence with the phone number of 954-983-2369.

11.     At approximately 4:15 p.m., S/A Aleman received a telephone call from RODRIGUEZ that she was the meeting spot.  Surveillance agents observed a blonde female standing next to a grey Plymouth minivan in the southwest side of the parking lot of the Denny's Restaurant.  At approximately 4:30 p.m. S/A Aleman arrived and introduced himself and asked RODRIGUEZ if she had the money.  RODRIGUEZ opened her purse which contained a large amount of U.S. currency.  While RODRIGUEZ was putting the money in another bag, S/A Aleman asked her if she sells the "Coca" herself and she responded that she gives it to someone else.  When RODRIGUEZ finished putting the money in the bag, S/A Aleman showed RODRIGUEZ a box with 5 ½ packages containing a white substance which resembled kilograms of cocaine, also known as "sham."  She placed the box in her minivan.  As she was placing the box in the minivan, S/A Aleman said in Spanish to RODRIGUEZ: "All this trouble for 5 ½ kilos of cocaine."

12.     Agents immediately transported RODRIGUEZ to DEA Miami Field Division.  She waived her Miranda rights and advised that she was going to deliver the cocaine to a subject in New Jersey and that she was to be paid $3,000 for this transaction.

13.     Based on the foregoing, your affiant asserts that there is probable cause to believe that ADRIANA RODRIGUEZ attempted to possess five kilograms or more of cocaine; in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

        FURTHER AFFIANT SAYETH NOT.

                                        Special Agent Brian M. Smith
                                        Drug Enforcement Administration

Sworn and subscribed to me this 23rd day of August, 2003.

                                        BARRY L. GARBER
                                        United States Magistrate Judge