MEM 5800.12A
MARCH 19, 1999
PAGE 18

Attachment B

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA   )   CASE NUMBER: CR 03-3119-Garber

        Plaintiff        )

                         )

        -vs-             )   REPORT COMMENCING CRIMINAL

                         )   ACTION

Adriana D. Rodriguez        70108 004

        Defendant

FILED by ___ D.C.
MAG. SEC.
AUG 2 5 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

****************************************************************************

TO: CLERK'S OFFICE   , (MIAMI)      FT. LAUDERDALE       W. PALM BEACH

    U.S. DISTRICT COURT              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES

      COURT ABOVE.

****************************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1)   DATE AND TIME OF ARREST: 3-22-2003   4:30   a.m./(p.m.)

(2)   LANGUAGE(S) SPOKEN: SPANISH

(3)   OFFENSE(S) CHARGED: Title 21 USC 841

_____

(4)   UNITED STATES CITIZEN:  ( )YES   (X)NO   ( )UNKNOWN

(5)   DATE OF BIRTH: 12-9-1965

(6)   TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
      [ ] INDICTMENT    [ ] COMPLAINT    CASE # _____
      [ ] BENCH WARRANT FOR FAILURE TO APPEAR
      [ ] PAROLE VIOLATION WARRANT